[No. 71298-5-I.   Division One.   May 4, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL LEWIS MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-02553-8, Marybeth Dingledy, J., entered December 16, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 71416-3-I.   Division One.   May 4, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAYTON DANIEL GERLACH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-01908-2, Marybeth Dingledy, J., entered January 8, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Becker and Lau, JJ.

[No. 72892-0-I.   Division One.   May 4, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND EDWARD JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 13-1-00214-6, Robert Lawrence-Berrey, J., entered July 15, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Appelwick, JJ.

[No. 44133-1-II.   Division Two.   May 5, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH COUNT BERGMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-02489-0, Beverly G. Grant, J., entered October 26, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Sutton, JJ.